# Exhibit 2

# GIDIERE, HINTON & HERNDON

ATTORNEYS AT LAW

904 REGIONS TOWER

60 COMMERCE STREET

MONTGOMERY, ALABAMA 36104

JACK B. HINTON, JR.*
STEVEN K. HERNDON
ANDREW W. CHRISTMAN
H. ROBERT JOHNSTON

OF COUNSEL
PHILIP S. GIDIERE, JR.

TELEPHONE
(334) 834-9950

FACSIMILE
(334) 834-1054

*ALSO ADMITTED IN
WASHINGTON, D.C.

May 19, 2006

**Via Facsimile Transmission**

Mr. Mickey J.G. McDermott
Attorney at Law
P.O. Box 34
Montgomery, AL 36104

    Re:    Caldwell-Bush v. Globe Home Warranty, et al.
              CV-06-40, Circuit Court of Lowndes County, Alabama

Dear Mickey:

    As I discussed with you earlier this week, if you will submit some type of receipt and proof of repairs and a copy of your client's home inspection report, we will be happy to complete the processing of her claim to see if this matter can be resolved without costly litigation. Please let me hear from you as soon as possible.

Very truly yours,

Steven K. Herndon

SKH:stp

**Exhibit 2**