**RECEIVED**

IN THE CIRCUIT COURT OF LOWNDES COUNTY
STATE OF ALABAMA

MAY 2 5 2006

CLERK
U.S. DISTRICT COURT
MIDDLE DIST. OF ALA.

| | | |
|---|---|---|
| DEBRA CALDWELL-BUSH, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No.:  CV-06-40 |
| | ) | |
| GLOBE HOME WARRANTY and | ) | |
| RUBY WRIGHT, et al, | ) | |
| | ) | |
| Defendants. | ) | |

NOTICE OF FILING NOTICE OF REMOVAL

TO:   Ms. Ruby Jones
      Circuit Clerk of Lowndes County
      P.O. Box 876
      Hayneville, AL 36040-0876

Please take notice that the defendant Globe Home Warranty has this day

filed their Notice of Removal, a copy of which is attached hereto, in the office of

the Clerk of the United States District Court for the Middle District of Alabama,

Northern Division.

Respectfully submitted,

Steven K. Herndon (HER028)
Attorney for Defendants

OF COUNSEL:
Gidiere, Hinton, Herndon & Christman
P.O. Box 4190
Montgomery, AL 36103
Telephone:  (334) 834-9950

<u>CERTIFICATE OF SERVICE</u>

     I hereby certify that the above and foregoing was served on the following by placing a copy of the same in the United States mail, postage prepaid and properly addressed, this _25th_ day of _May_, 2006.

Mr. Mickey J.G. McDermott
Attorney at Law
P.O. Box 34
Montgomery, AL 36104

                                   Counsel