# Exhibit 2

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| DEBRA CALDWELL-BUSH, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Civil Action No.: 2:06cv475-DRB ) |
| GLOBE HOME WARRANTY and RUBY WRIGHT, et al, | ) ) ) ) |
| Defendants. | |

### AFFIDAVIT OF FRED PEYTON

Before me, the undersigned authority, personally appeared Fred Peyton, to me known, and first being duly sworn on oath, deposed and said:

1. My name is Fred Peyton, and I am the General Manager of Globe Home Warranty Company. I have personal knowledge of the matters referred to in this affidavit, and make this affidavit in support of a petition to remove a Lowndes County civil action to the federal district court and in support of a motion to compel arbitration filed by our attorneys in the above referenced matter.

2. Globe Home Warranty Company ("Globe") is incorporated in the State of Delaware and maintains its principal place of business in Winter Park, Florida.

3. On or around January 31, 2005, a Globe warranty contract was issued to Debra Caldwell for her home located at 185 Idlewild Drive, Hope Hull, Alabama 36043. Globe timely provided Ms. Caldwell with a copy of the warranty contract. A true and correct copy of the warranty contract is attached hereto as Exhibit A, and true and correct copy of the request for coverage is attached hereto as Exhibit B.

Exhibit 2

4. Attached hereto as Exhibit C is a true and correct copy of a January 5, 2006, letter received from Ms. Caldwell, and attached hereto as Exhibit D is a true and copy of information dated January 6, 2006, provided by her attorney.

5. Attached hereto as Exhibit E is a true and correct copy of the complaint filed by Ms. Caldwell with the Attorney General for the State of Alabama, and attached hereto as Exhibit F is a true and correct copy of Globe's response to the Attorney General's inquiry. In our response, we explained that requested documentation is needed to continue processing Ms. Caldwell's claim. Globe has made payment to Ms. Caldwell in the amount of $600, per the warranty contract, toward electrical repair reimbursements (Exhibit G), and upon the submission of other documentation and requested information, Globe can continue processing her claim.

6. The warranty contract between Globe and Ms. Caldwell involves and affects interstate commerce, and the contract includes a provision requiring any controversy or claim arising out of or relating to the contract shall be settled by binding arbitration in accordance with the American Arbitration Association.

Respectfully submitted,

Fred Peyton
General Manager
Globe Home Warranty Company

SWORN TO AND SUBSCRIBED BEFORE ME this the 24th day of May, 2006.

NOTARY PUBLIC
My Commission Expires

Sally Lorenz
My Commission DD330660
Expires July 21, 2008

2