Jan 07 05 06:48p



## Quick & Easy

Coverage begins immediately upon receipt of confirmation number, fax or call in your application now!

| Preferred Plan | Buyer | Seller | Optional Coverages | (Please Add) | |
|---|---|---|---|---|---|
| Air Conditioning | ✓ | ✓ | Client Selects Plan A ($35 Ded) | | |
| Heating System | ✓ | ✓ | Client Selects Plan B ($75 Ded) | | |
| Ductwork | ✓ | ✓ | Swimming Pool | $150 | |
| Electrical System | ✓ | ✓ | Spa/Jacuzzi | $150 | |
| Dishwasher | ✓ | ✓ | Swimming Pool/Spa | $150 | |
| Whirlpool Bath | ✓ | ✓ | Water Softener | $ 30 | |
| Garbage Disposal | ✓ | ✓ | Septic Coverage | $ 35 | |
| Water Heater | ✓ | ✓ | Well Pump | $ 75 | |
| Bathroom Exhaust Fan | ✓ | ✓ | Roof Leak* | $ 75 | |
| Built-in Microwave | ✓ | ✓ | Each Additional A/C & Heat | $100 | |
| Trash Compactor | ✓ | ✓ | Each Additional Water Heater | $ 50 | |
| Plumbing System | ✓ | ✓ | Each Additional Garage Door | $ 25 | |
| Central Vacuum Sys. | ✓ | ✓ | | | |
| Range Exhaust Fan | ✓ | ✓ | New Construction-Call for Quote | | |
| Refrigerator | ✓ | ✓ | Duplex, Triplex, etc.-Call for Quote | | |
| Doorbell | ✓ | ✓ | Additional Coverages | $ | |
| Range/Oven/Cook-top | ✓ | ✓ | Preferred Plan | +$349 | |
| Garage Door Opener | ✓ | | Total Price of Warranty | $ | |
| Washer | ✓ | | | | |
| Dryer | ✓ | | | | |
| Coverage Cost | $349 | | *Plan B Includes Roof Coverage | | |

☐ Seller and Buyers Coverage     ☒ Buyer Plan A     ☐ Buyer Plan B

Confirmation No#: 
Listing Expires: 
Estimated Close Date: 1-31-05

Year Built: 1969
Sq. Ft.: 1517
Construction Type: Brick

Seller Name: 
Phone Number: 

Buyer Name: Debra Caldwell
Phone Number: 334-354-8215

Address To Be Covered: 185 Idlewild Dr
City: Hope Hull
State: AL
Zip: 36043

Agency Name: Tri County Signature
Phone: 334-669-2336
Agent Name: Belissia Haynes

Closing/Title Company: Atty Bill Fuller
Contact Name: 
Fax Number: 334-244-0794

Please see contract and summary for specifics of coverage.

Mail or Fax Data Sheet to:  Globe Home Warranty
P.O. Box 2458
Winter Park, FL 32790

Tel: 800·842·2177    Fax: 800·597·3630

Exhibit B