DEBRA A. CALDWELL
185 Idle Wild Drive
Hope Hull, Alabama 36043
(334) 281-7176

January 5, 2006

GLOBE HOME WARRANTY COMPANY
Attention: Review Board/President of Company
P. O. BOX 2458
WINTER PARK, FLORIDA 32790

RE:  Home Warranty Claim for Electrical Problem
     Claim Number:    900141214-1-2
     Date Claim Made: November 21, 2005

Dear Review Board/President of Globe Home Warranty:

On November 21, 2005, I called Globe and spoke with Angela in reference to problems I was having with my air conditioner which was making a noise, blowing out cool air, constantly running (not cutting off), basically not functioning properly and electrical problems, because the lights in my house were not working properly and two lights would not come on. I did not hear from an electrician about coming out and checking out the problem. Sometime after November 21st and before December 12th, maybe around the last week of November, Lordith Myers, called to check and see if I had heard from the electrician, I advised her that I had not. She told me that German Electrical Company was supposed to be contacting me and that she would call them. I called her a couple days later to see if she had made contact with German Electrical Company. She advised that she had left several messages and no one had returned her call. She gave me the number to attempt to make contact with them also. I advised her that I was still having a problem and it needed immediate attention as soon as possible. Somewhere in the process of trying to make contact with German Electrical Company, she told me that they were having a hard time trying to locate someone who would come to Hope Hull and that if I knew of someone have them come out and pay them the $45.00 service fee, if interested and give them Globe's number and a package would be sent to them. I found one electrician and he came out and advised that I had a problem with my main fuse and circuit breaker panel located/mounted on the interior and exterior wall of the house. He was busy working on a project and could not get back with me, but did speak with Lordith, because she faxed me information for him and she called him last week. I found a master electrician and he came last week and advised that the problem was coming from my outside box and inside box. I also spoke with Lordith last week and this week advising her that my problem was getting worse and not better, because my lights were blinking now; and bulbs were blowing every time they were replaced; and that my television in the den and bedroom had went out and would not come back on. I gave Jessie Hall (master electrician) Globe's number and advised him to speak with Lordith or

Exhibit C

Josh. On Wednesday or Thursday of last week I called the power company and they sent someone out and he advised the same as the other two electricians that the problem was coming from the inside and outside boxes and that I was going to lose all power or the entire house if the problem was not corrected. After he left, I loss all power in my house. I called Mr. Hall and he came right out there, but the power was out in the entire neighborhood, thank God. He said this problem needed immediate attention. He called Globe on Monday, but the office was close. He called on Tuesday and someone faxed him the paperwork and said they would get back with him; he has yet to hear from Globe. I called today and spoke with Josh who said he did not know whether or not this was covered (see attached agreement, which states that, "**general wiring within the perimeter of the main foundation, fuse panels, circuit breaker panels, switches and receptacles, door bell/chimes – not covered: conditions of inadequate wiring capacity, circuit overload, conditions caused by power failure and/or surge, all exterior wiring and components (except main panels mounted to exterior wall)**. I just need to know what is going to happen with this claim, because I have a new baby who is only four months old and if any harm happens to my family or to this structure, it will be Globe's fault and I will be force to take other actions.

Please review this claim and get back with me as soon as possible, if it is not too late.

Very Truly Yours,

Debra A. Caldwell
(334) 281-7176 (home)
(334) 548-6600 (work)
(334) 354-8078 (cell)

Thanking you in advance for your Help.

Debra A. Caldwell
185 Idle Wild Drive
Hope Hull, AL 36043

7003 0500 0004 3007 2524

GLOBE HOME WARRANTY COMPANY
Attention: Review Board/President of Company
P. O. BOX 2458
WINTER PARK, FLORIDA 32790

32790+2458

U.S. POSTAGE
PAID
TRINITYVILLE-AL
JAN 05 06
$4.42
0001546909

JAN 09 2006