

February 11, 2006

Certified Mail: 7005 1820 0006 0652 8950

Monica S. Sheeler
Consumer Specialist
Alabama State House
11 South Union Street
Montgomery, AL 36130

Re: Caldwell, Debra (90714-001)

Dear Ms. Sheeler:

We have research the claim and found that we did dispatch for repair of Ms. Caldwell's electrical problem. When our contractor contacted her to set up the appointment our contractor told us Ms. Caldwell had it repaired by her own contractor. At this point we need a copy of her contractor's invoice showing the diagnostic and work completed. We will reimburse per the terms of the contract. We have also requested a copy of Ms. Caldwell's home inspection. This has not been provided although we have requested it. As soon as we received the documentation requested we could process this claim.

Sincerely,

Frederick J. Peyton
Globe Home Warranty Company

Exhibit F

P.O. BOX 2458
WINTER PARK, FL 32790
TEL: 800.842.2177
FAX: 800.597.3630
www.globewarranty.com