

**OFFICIAL CHECK**

23-97 / 1020

215426554

04/27/2006



ACHOVIA

To The r Of    DEBRA CALDWELL

$   $600.00

Dollars

X HUNDRED DOLLARS AND 00 CENTS

CLAIM REIMBURSEMENT

**NON NEGOTIABLE**
Retain this copy. Serial No. required for any further inquiry.

**CUSTOMER COPY**

ter
Issued by Integrated Payment Systems Inc., Englewood, Colorado
PMorgan Chase Bank, N.A., Denver, Colorado

Exhibit G