IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

RECEIVED
2006 JUN 30 P 3: 33

DEBRA CALDWELLL-BUSH         *
                             *
Plaintiff                    *
                             *
v.                           *    case No: 2:06 CV 475-DRB
                             *
GLOBE HOME WARRANTY et al    *
                             *
Defendants                   *

## PLAINTIFFS CONSENT TO ARBITRATION AND STAY

Comes now the Plaintiff in the above styled matter and files this response to the Motion to Compel Arbitration and Stay as filed by the Defendants, in support thereof states as follows:

1. The Plaintiff consents to the motion to compel arbitration and to stay all Court proceedings.

Respectfully submitted, this the 28th day of June 2006.

_____
Mickey McDermott
Attorney for the Plaintiff


P.O.Box 34
Montgomery, Al 36101-0034
334-264-5151 px
334-263-7782 fx

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY THAT I HAVE THIS THE 28th DAY OF JUNE 2006 VIA UNTIED STATES MAIL, PROPERLY POSTED AND PROPERLY ADDRESSED, OR AS OTHERWISE STATED, DELIVERED A TRUE AND ACCURATE COPY OF THE FOREGOING UPON THE BELOW LISTED PARTY(S).

_/s/ Mickey McDermott_
MICKEY J.G MCDERMOTT
MCD-052


CLERK OF THE COURT
VIA HAND DELIVERY


STEVEN K. HERNDON, ESQ.
P.O. BOX 4190
MONTGOMERY, ALABAMA 36103