IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| DEBRA CALDWELL-BUSH, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CIVIL ACTION NO. 2:06cv475-WHA |
| | ) |
| GLOBE HOME WARRANTY COMPANY, et al., | ) |
| | ) |
| Defendants. | ) |

## **ORDER**

This case is before the court on the Motion to Compel Arbitration and Stay Action (Doc. #3), filed by the Defendant Globe Home Warranty Company, and Plaintiff's Consent to Arbitration and Stay (Doc. #4). The court finds that it has diversity jurisdiction over this action. In view of the Plaintiff's consent, the motion is GRANTED, and it is hereby ORDERED as follows:

1. Plaintiff is ORDERED to arbitrate her claims against the Defendant Globe Home Warranty Company in accordance with the Arbitration Agreement.

2. This case is STAYED pending arbitration. The parties are DIRECTED to file a notice promptly upon completion of arbitration.

3. The clerk is DIRECTED to close this case administratively. The case may be reinstated for good cause shown.

DONE this 25th day of July, 2006.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE