IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| DEBRA CALDWELL-BUSH, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CIVIL ACTION NO. 2:06-cv-475-WHA |
| | ) |
| GLOBE HOME WARRANTY | ) |
| COMPANY, ET AL., | ) |
| | ) |
| Defendants. | ) |
| | ) |

JOINT MOTION TO DISMISS WITH PREJUDICE

Come now the plaintiff and the defendant, by and through their attorneys of record, and move this Court to dismiss the above styled cause with prejudice, and as grounds therefor show unto this Honorable Court that the dispute between the parties has been settled by arbitration.

_____
MICKEY MCDERMOTT
Attorney for Plaintiff
Debra Caldwell Bush

P. O. Box 34
Montgomery, AL 36101-0034
334-264-5151 px
334-263-7782 fx

_____
STEVEN K. HERNDON - HER028
Attorney for Defendant
Globe Home Warranty Company

OF COUNSEL:
Gidiere, Hinton, Herndon & Christman
60 Commerce Street Suite 904
Montgomery, AL 36104
Telephone: (334) 834-9950
FAX: (334) 834-1054