IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| DEBRA CALDWELL-BUSH, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CIVIL ACTION NO. 2:06-cv-475-WHA |
| | ) |
| GLOBE HOME WARRANTY | ) |
| COMPANY, ET AL., | ) |
| | ) |
| Defendants. | ) |
| | ) |

NOTICE OF COMPLETION AND SETTLEMENT BY ARBITRATION

Come now the parties, by and through their respective attorneys, and in accordance with this Court's Order dated July 25, 2006, represent unto this Honorable Court that the arbitration was completed in this case by an Award of Arbitration rendered on August 20, 2007.

_____
MICKEY MCDERMOTT
Attorney for Plaintiff
Debra Caldwell Bush

P. O. Box 34
Montgomery, AL 36101-0034
334-264-5151 px
334-263-7782 fx

_____
STEVEN K. HERNDON - HER028
Attorney for Defendant
Globe Home Warranty Company

OF COUNSEL:
Gidiere, Hinton, Herndon & Christman
60 Commerce Street Suite 904
Montgomery, AL 36104
Telephone: (334) 834-9950
FAX: (334) 834-1054