IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| DEBRA CALDWELL-BUSH, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CIVIL ACTION NO. 2:06-cv-475-WHA |
| | ) |
| GLOBE HOME WARRANTY | ) |
| COMPANY, ET AL., | ) |
| | ) |
| Defendants. | ) |
| | ) |

ORDER OF DISMISSAL

This matter having come before the Court on the Joint Motion of the parties to dismiss with prejudice the above styled cause, and the Court having considered same and being of the opinion that the motion is well taken and should be granted, it is, therefore,

ORDERED, CONSIDERED, ADJUDGED AND DECREED that the above styled case be and the same is hereby dismissed with prejudice, costs taxed as paid.

DONE this the _____ day of _____, 2007.


_____
DISTRICT JUDGE


Mickey McDermott
Steven K. Herndon